WILLIAM P. HAYFORD *vs*. VERNER H. DAVIS, Administrator.

Oxford County. Decided July 15, 1911. Assumpsit on an account annexed, brought against the defendant as administrator of the estate of one Alonzo F. Cox. Verdict for plaintiff for $820. Defendant moved for a new trial. Motion sustained unless plaintiff remits all of the verdict in excess of $500. *Frederick R. Dyer*, for plaintiff. *Tascus Atwood*, for defendant.